```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

THERESA CATHERYNNE W. PRYOR-KENDRICK                           PLAINTIFF

      v.            Civil No. 06-5197

JUDGE DAVID CLINGER; JAMES A. ROE,
Public Defender; CHASITY CLARK,
Prosecuting Attorney; and JUDGE DAVID
SCAGGS                                                         DEFENDANTS

## O R D E R

Now on this 14th day of December, 2006, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #8), and plaintiff's **Objections** thereto (document #10). The Court has carefully reviewed said Report And Recommendation, and finds that it is sound in all respects and should be adopted *in toto*. The Objections do not fairly meet the substance of the Report And Recommendation, and will, therefore, be overruled.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that plaintiff's **Objections** thereto are **overruled**.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's Complaint is hereby **dismissed**.

**IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE